# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Cakewalk V. Ltd.,** | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil No. 3:11cv1226 (JBA)** |
| | ) | |
| **Derecktor Shipyards Conn., et al,** | ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the settlement of this case, Plaintiff Cakewalk V. Ltd., by and through its attorneys, submits this Notice of Voluntary Dismissal With Prejudice. Defendants have not served an answer or a motion for summary judgment. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted, this 21st day of June, 2014.

/s/ *Kristin Mayhew*

Kristin Mayhew
McElroy, Deutsch, Mulvaney & Carpenter/PH, LLP
30 Jelliff Lane
Southport, CT 06890-1436
Phone: (203) 319-4022
Fax: (203) 259-0251
Email: kmayhew@mdmc-law.com

- and -

Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

Attorneys for Cakewalk V, Ltd.

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that on July 21, 2014, a copy of the foregoing

Plaintiff's Notice of Voluntary Dismissal With Prejudice was filed electronically.  Notice of this

filing will be sent via email to all parties by operation of the Court's electronic filing system

through its CM/ECF system or by mail to anyone unable to accept electronic filing as indicated

on the Notice of Electronic filing.


                                                                  /s/ Kristin B. Mayhew
                                                      Kristin B. Mayhew